NOTE: This order is nonprecedential.

# United States Court of Appeals for the Federal Circuit

---

**JOHN S. KENNEH, JR.,**

*Petitioner*

v.

**DEPARTMENT OF DEFENSE,**

*Respondent*

---

2023-1748

---

Petition for review of the Merit Systems Protection Board in No. PH-0752-21-0006-I-3.

---

## O R D E R

The petitioner having failed to pay the docketing fee required by Federal Circuit Rule 52 (a) (1) and to file the required Statement Concerning Discrimination, it is

2 KENNEH V. DEFENSE

ORDERED that the petition for review be, and the same hereby is, DISMISSED, for failure to prosecute in accordance with the rules.

FOR THE COURT

May 10, 2023
Date

/s/ Peter R. Marksteiner
Peter R. Marksteiner
Clerk of Court

**ISSUED AS A MANDATE:** May 10, 2023